**STATE of Missouri, Respondent,**

v.

**Timothy WATSON, Appellant.**

**No. ED 79544.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 19, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 2002.

Application for Transfer Denied
May 28, 2002.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, MO, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Defendant, Timothy Watson, appeals from the judgment entered after a jury found him guilty of assault in the second degree and armed criminal action. The trial court sentenced defendant to concurrent terms of three years imprisonment for each conviction. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).